No. 765. ROTH v. BALDWIN, RECEIVER. April 15, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Alvin L. Newmyer* and *David G. Bress* for petitioner. *Messrs. Swagar Sherley, Frederick DeC. Faust,* and *Charles F. Wilson* for respondent.

No. 768. KESSLER v. BECK ET AL., RECEIVERS. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. F. Stambaugh* for petitioner. *Messrs. W. Walter Braham, J. Campbell Brandon, Lee C. McCandless, James E. Marshall,* and *Zeno F. Henninger* for respondents.

No. 771. CHANDLER, SPECIAL ADMINISTRATOR, v. McCUEN; and
No. 772. SAME v. KENNEDY. April 15, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. R. C. Fulbright* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. John MacC. Hudson* and *James W. Morris* for respondents.

No. 775. CURTIS, ADMINISTRATRIX v. CAMPBELL, ADMINISTRATOR. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Thomas J. Clary* for petitioner. *Messrs. Dwight E. Rorer* and *Chester N. Farr, Jr.,* for respondent.